UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN VANOVER,

    Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, NCO Financial Systems, Inc. ("NCO"),[1] through counsel and under the Federal Rules of Civil Procedure, notices the removal of this action from the Circuit Court, Sixth Judicial Circuit, in and for Pasco County, Florida and respectfully states as follows:

1. NCO is a defendant in this civil action filed by plaintiff, Karen Vanover (plaintiff), in the Circuit Court, Sixth Judicial Circuit, in and for Pasco County, Florida, titled *Karen Vanover vs. NCO Financial Systems, Inc.,* Case # 2015-CA-1525WS (hereinafter the "State Court Action").

2. NCO removes this case pursuant to 28 U.S.C. § 1441, as plaintiff's Complaint purports to allege causes of action against NCO that arise under federal law,

---

[1] Plaintiff names the defendant as NCO Financial Systems, Inc. on the Summons and Civil Cover Sheet filed in the state court civil action titled *Karen Vanover v. NCO Financial Services Inc.*, Case No. 2015-CA-1525WS. The case style in the Complaint, however, improperly names the defendant as NCO Financial Services, Inc. To the extent plaintiff intends to name NCO Financial Services, Inc. as the defendant, plaintiff has improperly named the defendant.

including the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, and Telephone Consumer Protection Act (TCPA), 47 U.S.C. §227.

3. Pursuant to 28 U.S.C. § 1446(b), NCO has timely filed this Notice of Removal. NCO was served with plaintiff's Complaint on May 29, 2015. This Notice of Removal is filed within 30 days of receipt of the Complaint by NCO.

4. Attached hereto as Exhibit 1 and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Circuit Court, Sixth Judicial Circuit, in and for Pasco County, Florida.

WHEREFORE, Defendant, NCO Financial Systems, Inc., hereby removes to this Court the State Court Action.

Respectfully Submitted,

Rachel A. Morris, Esq.
Florida Bar No. 0091498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
Telephone: (813) 890-2469
Facsimile: (866) 466-3140
ramorris@sessions-law.biz
dvanhoose@sessions-law.biz

Attorneys for Defendant,
NCO Financial Systems, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of June 2015, a copy of the foregoing was filed electronically. A copy was sent via email to plaintiff's counsel as described below.

Lisa R. Wilcox, Esq.
721 First Ave., N.
Suite 100
St. Petersburg, FL 33701
lisa@wilcoxlawpa.com

_____
Attorney